# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**VIVIAN NICHOLS, ET AL.**                                    **PLAINTIFFS**

**VS.**                    **CIVIL ACTION NO. 3:06cv364HTW-LRA**

**THE CITY OF JACKSON,**
**MISSISSIPPI, ET AL.**                                         **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

**THIS CAUSE** came before this Court on the parties' *ore tenus* Joint Motion to Dismiss this civil action with prejudice, and the Court, having considered said Motion and finding that counsel for the parties have amicably resolved this matter, is of the opinion that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this United States District Court action (Number 3:06cv364 HTW-LRA) be dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED** this the 9th day of July, 2008.

                                                  **s/ HENRY T. WINGATE**
                                                  UNITED STATES DISTRICT COURT JUDGE

AGREED:

/s/ Robert McDuff
ROBERT MCDUFF, MSB #2532
JAMES KOPERNAK, MSB #8591
*Counsel for Plaintiffs*

/s/ Pieter Teeuwissen
PIETER TEEUWISSEN, MSB #8777
*Special Assistant to the City Attorney*